IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

FILED
04 MAY 19 PM 2: 24
U.S. DISTRICT COURT
N.D. OF ALABAMA

CALVIN JACKSON POORE,               )
                                    )
            Petitioner,             )
                                    )
v.                                  )   CIVIL ACTION NO. 03-S-3190-J
                                    )
WALKER COUNTY CIRCUIT COURT         )
and THE ATTORNEY GENERAL OF         )
THE STATE OF ALABAMA,               )
                                    )
            Respondents.            )

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's

Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's

Report and Recommendation is due to be adopted and approved. The court hereby adopts and

approves the findings and recommendation of the magistrate judge as the findings and conclusions

of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be

dismissed without prejudice.

An appropriate order will be entered.

**DONE**, this ___19th___ day of May, 2004.

_____
UNITED STATES DISTRICT JUDGE

